**Kevin SMITH, a/k/a Royal Blackness,
a/k/a Bar None, Plaintiff—
Appellant,**

v.

**Jon E. OZMINT; Robert E. Ward; James E. Sligh, Jr.; John Lunden; David Tatarski; Bernard McKie; Vaughn Jackson; Gary Lane; Charles Amaker; J. Peck; Glenn Alewine; William Litrell; Ned Cooper; Brent A. Mills; Larry Kong, of American Amenities, Incorporated in their official and individual capacity; American Amenities Incorporated, Defendants—Appellees,**

**and**

**Esther Quattlebaum; Dennis Dunlap; J.C. Brown; Robert Espisito; H. Boatman; Veronica Smith; Denise Cannarella; Brett, R.N.; AEDEC International, Incorporated; McMaster; John Doe, Defendants.**

**Kevin Smith, a/k/a Royal Blackness,
a/k/a Bar None, Plaintiff—
Appellant,**

v.

**Jon Ozmint; Robert E. Ward; James E. Sligh, Jr.; John Lunden; David Tatarski; Bernard McKie; Vaughn Jackson; Gary Lane; Charles Amaker; J.**

Peck; Glenn Alewine; William Litrell; Ned Cooper; H. Boatman; Larry Kong, of American Amenities, Incorporated, in their official and individual capacity; American Amenities, Incorporated, Defendants—Appellees,

and

AEDEC International, Incorporated; John Doe; Dennis Dunlap; J.C. Brown; Robert Espisito; Denise Cannarella; Brett, R.N., Brent A. Mills; Henry McMaster, Defendants.

Nos. 09–6680, 09–7540.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 24, 2009.

Decided: Dec. 14, 2009.

Kevin Smith, Appellant Pro Se. William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson & Lindemann, PA, Columbia, South Carolina; Vinton D. Lide, Michael Stephen Pauley, Lide & Pauley, LLC, Lexington, South Carolina; Christopher R. Antley, Devlin & Parkinson, PA, Greenville, South Carolina, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Kevin Smith, a/k/a Bar None Royal Blackness, appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing two Defendants because the Defendants were not state actors and granting summary judgment to the remaining Defendants and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Ozmint,* No. 9:07–cv–03644–PMD, 2009 WL 692828 (D.S.C. Mar. 12, 2009); 2009 WL 2226194 (July 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*